UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

BENNIE U. STAFFORD,                                Civil No. 07-667 (JRT/AJB)

      Plaintiff,

v.                                                                       **ORDER**

MINNESOTA DEPARTMENT
OF CORRECTIONS, JOAN FABIAN,
JEFF PETERSON, SHANNON REIMANN,
JOHN KUESEL, REGINA STEPNIE,
KITTY TORGERUD, JEFF CARLSON,
LYNN DINGLE, DAWN BLOCK, BILL
MCKEE, TOM A, SHARA EUTENEUER,

      Defendants.

---

    Bennie U. Stafford, #118547, 970 Pickett Street North, Bayport, Minnesota 55003, plaintiff *pro se*.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated March 2, 2007, all the files and records, and no objections having been filed to said Recommendation,

    **IT IS HEREBY ORDERED** that:

    1.  Plaintiff's application for leave to proceed in forma pauperis, [Docket No. 2], is **DENIED**;

    2.  Plaintiff's "Motion to Proceed under Minn.Const.Art. I § 8 for emergency purposes, and to Waive Copies," [Docket No. 3], is **DENIED**;

     3.  Plaintiff's "Emergency Motion to Stay this case for Filing into the U.S. Court of Appeal For the 8th Cir.," [Docket No. 7], is **DENIED** with regard to Plaintiff's request for a stay, but **GRANTED** with regard to his alternative request for dismissal; and

     4.  This action is **DISMISSED WITHOUT PREJUDICE**.

DATED:  March 30, 2007                                                 s/John R. Tunheim
at Minneapolis, Minnesota.                                       JOHN R. TUNHEIM
                                                                                      United States District Judge